McSHERRY MFG. CO. et al. v. DOWAGIAC MFG. CO. (Circuit Court of Appeals, Sixth Circuit. January 21, 1901.) No. 960. Petition for Leave to File a Bill of Review in the Circuit Court of the United States for the Southern District of Ohio. Joseph Wilby, for petitioners. Fred L. Chappell, for respondent. Petition denied.

MASTIN et al. v. MORSE et al. (Circuit Court of Appeals, Eighth Circuit. May 20, 1901.) No. 1,549. Appeal from the Circuit Court of the United States for the Western District of Missouri. Hugh C. Ward, for appellants. I. P. Dana and Wallace Pratt, for appellees. No opinion. Affirmed, with costs.

THE MINNIE E. KELTON. (Circuit Court of Appeals, Sixth Circuit. January 21, 1901.) No. 923. Appeal from the District Court of the United States for the Eastern District of Michigan. Thomas A. E. Weadock, for appellant. H. M. Gillette, for appellees. No opinion. Affirmed.

MONSON et al. v. HITCHCOCK et al. (Circuit Court of Appeals, Eighth Circuit. May 7, 1901.) No. 1,495. Appeal from the Circuit Court of the United States for the District of Minnesota. Roger Foster, for appellants. Hermon W. Phillips and Warren H. Mead, for appellees. Dismissed, with costs, on motion of appellees.

MORSE v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. April 26, 1901.) No. 1,519. In Error to the District Court of the United States for the Western District of Missouri. Blake L. Woodson and Frank Warrick, for plaintiff in error. Dismissed, without costs to either party in this court, on motion of plaintiff in error.

NUGGET MIN. & MILL. CO. v. DOCTOR & CHIEF MINING, MILLING & LEASING CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 15, 1901.) No. 1,429. Appeal from the Circuit Court of the United States for the District of Colorado. Joel F. Vaile, H. M. Blackmer, and Henry McAllister, Jr., for appellant. C. S. Thomas, W. H. Bryant, H. H. Lee, R. S. Morrison, and Charles J. Hughes, Jr., for appellees. Dismissed, with costs, by consent of parties; the cause having been settled.

ROTHSCHILD & BRO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit.) Questions certified to supreme court. See 21 Sup. Ct. 197, 179 U. S. 463, 45 L. Ed. 277. See 87 Fed. 798, 106 Fed. 989.